Charles RAWLINGS, Plaintiff–Appellant,

v.

CITY OF BALTIMORE, Mayor and City Council Dept. of Public Works, Defendant–Appellee.

No. 12–1641.

United States Court of Appeals, Fourth Circuit.

Submitted: Nov. 2, 2012.

Decided: Nov. 7, 2012.

Charles Rawlings, Appellant Pro Se. Justin Sperance Conroy, Assistant Solicitor, Baltimore, Maryland, for Appellees.

Before WILKINSON, KEENAN, and THACKER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Charles Rawlings appeals the district court's order denying his motion for reconsideration of the order denying relief on his employment discrimination complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Rawlings v. City of Baltimore*, No. 1:10–cv–02077–BEL (D.Md. Apr. 16, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*